CATHERINE FOX, Appellant, v. LILLIAN J. TEVLIN, Respondent, and Others, Defendants.— Order denying motion to strike out the answer of defendant Lillian J. Tevlin affirmed, with ten dollars costs and disbursements. No opinion. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

RHODA R. FREUND, Appellant, v. TELMAR AMUSEMENT CORPORATION, Respondent.— Order in so far as it dismisses the complaint and judgment entered thereon reversed on the law, motion to dismiss the complaint denied, and a new trial granted, costs to abide the event. The court had no power to dismiss the complaint after the rendering of the verdict where it had previously denied a motion to dismiss the complaint when both sides rested before the submission to the jury. (*Griffith* v. *Southfield Beach Railroad Co.*, 240 App. Div. 845; *Owens* v. *Jaller*, Id. 856.) Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

GEORGE GUERIN, Respondent, v. TRANSIT MIX CONCRETE CORPORATION, Appellant, and GULL CONTRACTING Co., INC., Defendant.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, unless the respondent, within five days from the entry of the order herein, stipulate to reduce the verdict to the sum of $15,000; in which event the judgment, as so modified, is unanimously affirmed, without costs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.